UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Stephenson,

                           Plaintiff(s),

          -against-

Ostrer & Associates, P.C., et al.

                          Defendant(s).
------------------------------------------------------------X

NOTICE RE: CHANGE OF
TIME OF CONFERENCE

7:21-CV-05552 (CS)

The Pre-Motion Conference previously scheduled before this Court for **September 17, 2021 at 2:30 p.m.** will be held at **3:30 p.m.** (same date) **via telephone.**

**Person(s) appearing via telephone are reminded of the general prohibition against any forms of recording and rebroadcasting of Court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.**

Pursuant to Judge Seibel's Emergency Individual Rules and Practices in light of COVID-19, last revised on July 29, 2021, the parties are directed to attend by phone using the following information:

Toll-Free Tele-conference number: **(877) 336 – 1839** to call in and enter access code: **1047966#**.

The parties should call in from a landline phone (if possible), announce their last name(s) before addressing the Court at any time during the call, and mute their lines (pressing *6 on phone) when not speaking.

                                                                         /s/ Walter Clark, Courtroom Deputy

Dated:  August 26, 2021
          White Plains, New York